

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00334-CV

Paulette **BARIBEAU**,
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellant pay appellee's costs of this appeal.

SIGNED July 10, 2019.

_____
Patricia O. Alvarez, Justice